AO 247 (Rev. 11/11:CASD 05/15)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>Aron Adan Ortiz | )<br>)<br>)<br>) Case No: 3:20-cr-02323-RBM-1<br>) USM No: 95687298 |
| Date of Original Judgment: 04/07/2021<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Payam Fakharara<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____78_____ months **is reduced to** ___TIME SERVED___.

*(Complete Parts I and II of Page 2 when motion is granted)* **AS OF 4/12/2024**

Except as otherwise provided, all provisions of the judgment dated __4/8/2021__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __4/3/2024__ (03/27/2024 struck through)

Effective Date: __4/12/2024__
*(if different from order date)*

Judge's signature: /s/ Ruth Bermudez Montenegro

Ruth Bermudez Montenegro, District Judge
*Printed name and title*